United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARRED F. NORMAN,

          Plaintiff,

     v.

THE WHITE HOUSE, et al.,

          Defendants.

Case No. 22-cv-05154-JSC

**ORDER DISMISSING CASE**

Re: Dkt. No. 10

      The Court dismissed Plaintiff's complaint on September 26, 2022 for failure to state a viable legal claim. (Dkt. No. 10.)  The Court granted leave to amend and set an October 24, 2022 deadline for filing any amended complaint. (*Id.* at 6.)  Plaintiff appealed to the Ninth Circuit Court of Appeals. (Dkt. No. 11.)  The Ninth Circuit dismissed the appeal for lack of jurisdiction. (Dkt. No. 13.)  As of the date of this Order, Plaintiff has not attempted to amend his complaint.

      As Plaintiff did not file an amended complaint, his lawsuit is dismissed for the reasons stated in the Court's September 26, 2022 Order. (Dkt. No. 10.)

      **IT IS SO ORDERED.**

Dated: January 9, 2023

JACQUELINE SCOTT CORLEY
United States District Judge